# Exhibit B

Requests for Production of Documents

**1: All communications occurring on OD's on Facebook.**

**Answer**: Objection on the basis that the request is unduly burdensome due to the amount of time it would take Dr. Glazier to produce responsive documents that do not contain confidential communications. The request seeks disclosure of communications and identities of eye doctors within a private community. The physicians and members of the group have a reasonable expectation of privacy in their communications, the vast majority of which are unrelated to the case at hand. Further, the burden and expense of the request outweighs its likely benefit.

**2: All Communications you have had with any Defendant regarding the actual or anticipated imposition or implementation UPPs on contact lenses.**

See attached documents

**3: All communications You have had with any ECP regarding the actual or anticipated imposition or implementation of UPPs on contact lenses**

See attached documents

**4: All communications You have had with any Defendant regarding ODs on facebook.**

See attached documents

**5: All documents reflecting all monies billed by you or any defendant related to Your consulting work or Your work with ODs on facebook**

See attached documents

**6: All documents reflecting all monies paid to you by any Defendant related to Your consulting work or Your work with ODs on facebook.**

See attached documents

**7: Documents sufficient to show the reason or cause for any payment identified in response to Request Nos. 5 and 6**

See attached documents

**8: Documents sufficient to show the total amount of money you have been paid by Defendants related to ODs on facebook**

See attached documents

**9: Documents sufficient to show the price You charged for contact lenses prior to each Defendant's imposition of a UPP and the price you charged for contact lenses after each Defendant's imposition of a UPP**

**Answer**: Objection as irrelevant to ODs on Facebook communications. The information Plaintiffs seek to obtain through this request can be obtained by hiring an expert to produce and analyze market data. Further, it would be unduly burdensome for Dr. Glazier to be required to respond to this request due to the time and cost he would incur in gathering the data. He is not a party to the litigation and should not be burdened with producing documents that could be otherwise obtained through market research.